No. 01–9581. ANGULO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–9582. CHESTER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–9585. MYERS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–9586. SHIRLEY ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–9589. EVANS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–9590. NOLAN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–9591. NELSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–9593. GLOVER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–9597. HOFF *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–9598. BONIFACE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–9599. ADESIDA *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–9603. CALLARMAN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–9610. MYERS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–9616. BLAIR *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–9621. GOODSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–9629. WINTERS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.